IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:10-cv-23285-JLK
CASE NO. 1:10-cv-23523-JLK

JULIA and PETER JAMES,

    Plaintiffs,

JOY and RAYMOND SYMONDS,

    Plaintiffs
vs.

NCL BAHAMAS, LTD., a Bermuda
Company,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTIONS TO DISMISS

THIS CAUSE comes before the Court upon motions to dismiss filed by Defendant in the two above-numbered cases which have been consolidated by this Court for purposes of adjudication. In *James*, Case No. 10-23523, Defendant filed its Motion to Dismiss (DE #25) Plaintiffs' Second Amended Complaint on December 29, 2010. In *Symonds*, Case No. 10-23285, Defendant filed its Motion to Dismiss (DE #22) Plaintiff's Amended Complaint on December 28, 2010. Plaintiffs in each case have filed their Responses (Case No. 10-23523 DE #26; Case No. 10-23285 DE #24) thereto. The underlying motions are therefore ripe for determination.

Upon consideration of the respective motions, the Court finds that Plaintiffs have properly stated causes of action against Defendant. Accordingly, the Court being otherwise fully advised, **ORDERS, ADJUDGES,** and **DECREES** that:

1. In Case No. 10-23285, Defendant's Motion to Dismiss (DE # 22) be, and the same is, hereby **DENIED**. Defendant shall **ANSWER** Plaintiff's Amended Complaint **within twenty days** of the date of this Order.

2. In Case No. 10-23523, Defendant's Motion to Dismiss (DE #25) be, and the same is, hereby **DENIED**. Defendant shall **ANSWER** Plaintiff's Second Amended Complaint **within twenty days** of the date of this Order.

**DONE AND ORDERED** in Chambers, at Miami, Miami-Dade County, Florida, this 19th day of January, 2011.

_____
HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**Cc:**

**Counsel for Plaintiffs**
**Louis Antho ny Vucci**
Steven M. Dunn, P.A.
1135 Kane Concourse
Fifth Floor
Bay Harbour Islands, FL 33154
305-868-1400
Fax: 305-868-1409
Email: lvucci@dunnandjohnson.com

**Counsel for Defendant**
**Jeffrey Eric Foreman**
Maltzman Foreman PA
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
305-358-6555
Fax: 374-9077
Email: jforeman@mflegal.com

**Brett Michael Berman**
Maltzman Foreman, P.A.
2 South Biscayne Boulevard
Suite 2300
Miami, FL 33131
(305) 904-5959
Email: bberman@mflegal.com

**Karina M. Cerda**
Maltzman Foreman, P.A.
One Biscayne Tower
Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
305-358-6555
Email: kcerda@mflegal.com